UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, MARCUS GARVEY, President, Appellant, v. VERNAL J. WILLIAMS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

HENRIETTA ROTHHOLZ, Respondent, v. LOUIS ROTHHOLZ, Appellant.— Judgment modified as indicated in order and as so modified affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

IRVING APPELBAUM, Respondent, v. MATHIAS J. ALBRECHT and Another, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Martin, J., dissenting.

JOHN HUGHES, Respondent, v. RONZONI MACARONI COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THORNE BAKER, as Trustee in Bankruptcy of NATIONAL DRAMA CORPORATION, Appellant, v. THOMAS DIXON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

LONDON PRODUCE COMPANY, INC., Appellant, v. POELS & BREWSTER, INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Smith, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT CHARTOW, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

SHEPARD N. EDMONDS, Appellant, v. RECTOR, CHURCH WARDENS AND VESTRYMEN OF ST. PHILLIP'S CHURCH and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

BELEN ZELENDAN, as Administratrix, etc., of ENRIQUE ZELENDAN, Deceased, Respondent, v. GIMBEL BROTHERS, NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

ADELE T. SULTZBACH, Appellant, v. GEORGE F. SULTZBACH, Respondent.— Order so far as appealed from affirmed, with leave to the plaintiff to serve a further amended complaint in an action at law within twenty days from service of order, upon payment of ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

NEWTON M. HUDSON, as Receiver of CENTRAL PARK, NORTH AND EAST RIVER RAILROAD COMPANY, Respondent, v. THE FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

NATIONAL NASSAU BANK OF NEW YORK, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.